**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7144

DANNY HOSKIN,

Plaintiff - Appellant,

versus

HELEN F. FAHEY; DAVID N. HARKER; CAROL ANN
SIEVERS; HERBERT COULTON; MICHAEL M. HAWES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-04-192)

Submitted:  October 7, 2004          Decided:  October 15, 2004

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Hoskin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Hoskin appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint and denying his motion to alter or amend judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hoskin v. Fahey, No. CA-04-192 (E.D. Va. filed Apr. 7, 2004 & entered Apr. 12, 2004; filed June 22, 2004 & entered June 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -